```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEAN FREDERICK, individually and on behalf of all others similarly situated,

                Plaintiffs,

-v-

MECHEL OAO, *et al.*,

                Defendants.

No. 09 Civ. 3617 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of Defendant Mechel OAO's letter dated November 3, 2009, in which it seeks the Court's guidance as to whether or not a pre-motion letter and conference are necessary before moving to dismiss Plaintiffs' claims. Accordingly,

    IT IS HEREBY ORDERED that before filing the contemplated motion to dismiss, Defendant Mechel OAO shall submit a pre-motion letter, which conforms to my Individual Practices, and that Plaintiffs shall respond within three days.

SO ORDERED.

Dated:    November 4, 2009
            New York, New York

                              RICHARD J. SULLIVAN
                              UNITED STATES DISTRICT JUDGE