USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/9/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BOARD OF TRUSTEES OF THE CITY OF FT. LAUDERDALE GENERAL EMPLOYEES RETIREMENT SYSTEM, et al.,

Plaintiff,

-against-

MECHEL OAO, et al.,

Defendants.

-----------------------------------------------------------X

09 **CIVIL** 3617 (RJS)

**JUDGMENT**

Defendant Mechel having moved to dismiss pursuant to Fed. R. Civ. P. 9(b) and12(b)(6), and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on August 9, 2011, having rendered its Opinion and Order granting Mechel's motion to dismiss, and denying plaintiff's request for leave to amend, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 9, 2011, Mechel's motion to dismiss is granted, and plaintiff's request for leave to amend is denied ; accordingly, the case is closed.

**Dated:** New York, New York
August 9, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** ______

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ______