MITCHELL M.Z. TWERSKY (MT-6739)
XIMENA R. SKOVRON (XS-3397)
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655

[additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



―――――――――――――――――――――― x
BOARD OF TRUSTEES OF THE CITY OF : Civil Action No. 09-cv-03617 (RJS)
FORT LAUDERDALE GENERAL :
EMPLOYEES' RETIREMENT SYSTEM, et :
al., :
: NOTICE OF APPEAL
Plaintiffs, :
:
vs. :
:
MECHEL OAO, et al., :
:
Defendants. :
―――――――――――――――――――――― x

Notice is hereby given that the Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System, Teamsters Local 807 Labor Management Pension Fund, Local 138 Pension Trust Fund, and the City of Westland Police and Fire Retirement System, plaintiffs in the above-referenced action, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on August 10, 2011 and the Opinion and Order dated August 9, 2011.

Dated: September 9, 2011

**ABRAHAM, FRUCHTER
& TWERSKY, LLP**

*/s/ M. Twersky*

MITCHELL M.Z. TWERSKY (MT-6739)
XIMENA R. SKOVRON (XS-3397)
One Penn Plaza, Suite 2805
New York, NY 10119
Tel: (212) 279-5050
Fax: (212) 279-3655
Co-Lead Counsel for Plaintiffs and Counsel for Lead Plaintiff Board of Trustees of the City of Fort Lauderdale General Employees' Retirement System

**ROBBINS GELLER RUDMAN
& DOWD LLP**
JOHN J. RICE
SHANNON M. MATERA
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423

Co-lead Counsel for Plaintiffs and Counsel for Lead Plaintiffs Teamsters Local 807 Labor Management Pension Fund, Local 138 Pension Trust Fund, and City of Westland Police and Fire Retirement System

**VANOVERBEKE MICHAUD &
TIMMONY, P.C.**
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Tel: (313) 578-1200
Fax: (313) 578-1201

Additional Counsel for Lead Plaintiff City of Westland Police and Fire Retirement System